Gary YODER, Plaintiff—Appellant,

v.

**Janet NAPOLITANO, Defendant—Appellee.**

No. 07–16865.

United States Court of Appeals,
Ninth Circuit.

Submitted April 15, 2008.*

Filed April 21, 2008.

Gary Yoder, ASPCF—Arizona State Prison Complex, Florence, AZ, for Plaintiff–Appellant.

Alice Jolynn Rogers, Esq., AGAZ—Office of the Arizona Attorney General, Phoenix, AZ, for Defendant–Appellee.

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

A review of the record indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). It does not appear that the district court erred when it dismissed this case for failure to exhaust administrative remedies. *See Woodford v. Ngo,* 548 U.S. 81, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006); *Brown v. Valoff,* 422 F.3d 926, 934–35 (9th Cir.2005).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

